UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIK J. PAZ-ZAVALETA,

    Defendant.

SEALED

Case No. 25-CR- **25-CR-158**

[18 U.S.C. § 1542]

**Green Bay Division**

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about March 7, 2022, in the Eastern District of Wisconsin,

**ERIK J. PAZ-ZAVALETA**

willfully and knowingly made a false statement in the application for a passport with intent to induce and secure for his own use the issuance of a passport under authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that the defendant used another person's identity and falsely represented that he was that other person.

    In violation of Title 18, United States Code, Section 1542.

A TRUE BILL:

■■■■■■■■■■

FOREPERSON

Dated: 8-12-25

*for* /s/ *Kat B. [signature]*
RICHARD G. FROHLING
Acting United States Attorney